# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 3, 2014

### NO. 03-14-00438-CV

**Janett H. Bertsch, Appellant**

**v.**

**Christopher W. Bertsch, Appellee**

**APPEAL FROM COUNTY COURT AT LAW NO. 4 OF WILLIAMSON COUNTY
BEFORE CHIEF JUSTICE JONES, JUSTICES ROSE AND GOODWIN
DISMISSED FOR WANT OF PROSECUTION --
OPINION BY CHIEF JUSTICE JONES**

This is an appeal from the judgment signed by the trial court on June 2, 2014. Having reviewed the record, the Court holds that Janett H. Bertsch has not prosecuted her appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. The appellant shall pay all costs relating to this appeal, both in this Court and the court below.